# United States Court of Appeals
## For the First Circuit

No. 10-1140

UNITED STATES OF AMERICA,

Appellee,

v.

JAMES F. FARRELL,

Defendant, Appellant.

ERRATA SHEET

The opinion of this Court issued on February 17, 2012 is amended as follows:

At page 7, line 14, insert '"burglary in"' before 'clause'

At page 14, line 14, replace 'felony' with 'crime'